JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELITE SURGICAL CLINIC, MEDICAL CORPORATION, a California corporation; and SUSAN L. CHOBANIAN, M.D.,

Plaintiff,

v.

CYNOSURE, INC, a Delaware corporation; and DOES 1 through 50,

Defendants.

Case No. 2:21-cv-08079-AB-MAR

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 3, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.